UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: ZAHNISER, MICHAEL J | § | Case No. 09-71797 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/17/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/30/2009     By: /s/JOSEPH D. OLSEN
                                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ZAHNISER, MICHAEL J | § | Case No. 09-71797 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,001.11 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,001.11 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,450.11 | $ 100.82 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 810.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*                  *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,100.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | ComEd Company | $ 259.86 | $ 8.79 |
| 2 | DISCOVER BANK | $ 9,890.02 | $ 334.73 |
| 3 | Commerce Bank | $ 12,977.59 | $ 439.23 |
| 4 | Theresa Campbell Law Offices | $ 812.14 | $ 27.49 |
| 5 | Chase Bank USA, N.A. | $ 10,835.77 | $ 366.74 |
| 6 | GE Money Bank dba LOWES CONSUMER | $ 2,536.75 | $ 85.86 |
| 7 | GE Money Bank dba LOWES BRC | $ 2,616.19 | $ 88.54 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 11,532.50 | $ 390.32 |
| 9-2 | Byron Bank | $ 85,639.86 | $ 2,898.48 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                                          *Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                                          *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2                   Date Rcvd: Jan 12, 2010
Case: 09-71797                Form ID: pdf006            Total Noticed: 52

The following entities were noticed by first class mail on Jan 14, 2010.
db           +Michael J Zahniser,    803 Starview Ct,    Rockford, IL 61108-4009
aty          +Craig A Willette,    Yalden Olsen & Willette,     1318 E State Street,    Rockford, IL 61104-2228
aty          +David L Davitt,    Schlueter Ecklund,    4023 Charles Street,    Rockford, IL 61108-6199
tr           +Joseph D Olsen,    Yalden Olsen & Willette,     1318 E State Street,    Rockford, IL 61104-2228
13859538     +AT&T,    PO Box 8100,    Aurora, IL 60507-8100
13859536     +Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
13859537     +Amanda J. Adams,    Holmstrom & Kennedy,     800 North Church,    Rockford, IL 61103-6978
13859539     +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13859540     +Byron Bank,    Holmstrom & Kennedy PC,    POB 589,    Rockford, IL 61105-0589
13859542      CBCS,    P.O. Box 163250,    Columbus, OH 43216-3250
13859541      Cardmember Service,     P.O. Box 15153,    Wilmington, DE 19886-5153
13859543     +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
14474003      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13859544     +Chase Bank USA, N.A.,    131 South Dearborn Street,    5th Floor,    Chicago, IL 60603-5571
13859545     +City of Rockford,    425 E. State Street,    Rockford, IL 61104-1068
13859546     +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
13859547     +Collect America Commercial Services,     16011 College Blvd, #101,    Lenexa, KS 66219-1442
14430881      Commerce Bank,    P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
13859549      Commerce Bank,    PO Box 806000,    Kansas City, MO 64180-6000
13859551      DEX,    8519 Innovation Way,    Chicago, IL 60682-0085
13859550     +Debbie Zahniser (mother),    3438 Latham St.,    Rockford, IL 61103-2048
13859553      Encore,    400 N. Rogers Road,    P.O. Box 3330,    Olathe, KS 66063-3330
14757936      FIA CARD SERVICES, NA/BANK OF AMERICA,     BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13859555     +Holmstrom & Kennedy, PC,    800 N. Church St.,    PO Box 589,    Rockford, IL 61105-0589
13859556     +Home Pages,    P O Box 982,    Dekalb, IL 60115-0982
13859557     +Leaders, the Merchant Services Co.,    26707 W Agoura Rd,    Calabasas, CA 91302-3827
13859559      Lowes Commercial Services,    PO Box 530970,    Atlanta, GA 30353-0970
13859560     +Michael D. Fine,    131 S. Dearborn St.,    Chicago, IL 60603-5517
13859567     +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
13859561     +National Action Financial Services,     165 Lawrence Bell Dr STE 100,    Buffalo, NY 14221-7900
13859564     +National City,    4661 E. Main Street,    Columbus, OH 43251-0001
13859565      National City,    PO Box 2049,    Akron, OH 44309-2049
13859562     +National City,    P.O. Box 856176,    Louisville, KY 40285-6176
13859566     +National City Bank Of,    1 Ncc Pkwy,    Kalamazoo, MI 49009-8002
13859568     +Nicor Gas,    Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
13859569      Rauch-Milliken Intl, Inc.,    PO Box 8390,    Metairie, LA 70011-8390
13859570      Rock River Water Reclamation,    P O Box 6207,    Rockford, IL 61125-1207
13859572     +Rockford Transport,    3075 Chartwell Court,    Rockford, IL 61114-5826
13859574     +Weltman, Weinberg & Reis Co,    P O Box 5996,    Cleveland, OH 44101-0996
13859575      Weltman, Weinberg & Reis Co., LPA,    323 W. Lakeside Ave, Ste. 200,    Cleveland, OH 44113-1099
13859576     +Winnebago County Collector,    PO Box 1216,    Rockford, IL 61105-1216
13859577      Yellowbook,    6300 C Street,    Cedar Rapids, IA 52404-7470

The following entities were noticed by electronic transmission on Jan 12, 2010.
13859548      E-mail/Text: legalcollections@comed.com                            ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
14137174     +E-mail/Text: legalcollections@comed.com                            ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
13859551      E-mail/Text: CustomerNoticesEast@dexknows.com                            DEX,    8519 Innovation Way,
               Chicago, IL 60682-0085
14412878      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 13 2010 00:47:11      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13859552     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 13 2010 00:47:11      Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13859554      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:47      GE Capital Financial Inc.,
               P.O. Box 981401,    El Paso, TX 79998-1401
14708000     +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:46      GE Money Bank dba LOWES BRC,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14698250     +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:47      GE Money Bank dba LOWES CONSUMER,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13859558     +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:46      Lowes / MBGA,
               Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
13859571     +E-mail/Text: TRACY@RPECU.ORG                            Rockford Postal Ecu,    5608 N 2nd St Ste 1,
               Loves Park, IL 61111-4683
13859573     +E-mail/Text: tcampbelllaw@aol.com                            Theresa Campbell Law Offices,
               728 N. Main Street,    Rockford, IL 61103-7200
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
13859563*     National City,    P.O. Box 856176,    Louisville, KY 40285-6176
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez             Page 2 of 2              Date Rcvd: Jan 12, 2010
Case: 09-71797                Form ID: pdf006           Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2010**                       **Signature:**      *Joseph Speetjens*