**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ZAHNISER, MICHAEL J        § Case No. 09-71797
                                  §
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $398,795.00 | Assets Exempt: $20,650.00 |
| Total Distribution to Claimants: $4,640.18 | Claims Discharged Without Payment: $132,460.50 |
| Total Expenses of Administration: $2,360.93 | |

3) Total gross receipts of $ 7,001.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,001.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,360.93 | 2,360.93 | 2,360.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 222,740.54 | 137,100.68 | 4,640.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $225,101.47 | $139,461.61 | $7,001.11 |

    4) This case was originally filed under Chapter 7 on April 30, 2009.
. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/27/2010          By: /s/JOSEPH D. OLSEN
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable transfer | 1241-000 | 7,000.00 |
| Interest Income | 1270-000 | 1.11 |
| **TOTAL GROSS RECEIPTS** | | **$7,001.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,450.11 | 1,450.11 | 1,450.11 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 100.82 | 100.82 | 100.82 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 810.00 | 810.00 | 810.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,360.93 | 2,360.93 | 2,360.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ComEd Company | 7100-000 | N/A | 259.86 | 259.86 | 8.79 |
| DISCOVER BANK | 7100-000 | N/A | 9,890.02 | 9,890.02 | 334.73 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Commerce Bank | 7100-000 | N/A | 12,977.59 | 12,977.59 | 439.23 |
| Theresa Campbell Law Offices | 7100-000 | N/A | 812.14 | 812.14 | 27.49 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 10,835.77 | 10,835.77 | 366.74 |
| GE Money Bank dba LOWES CONSUMER | 7100-000 | N/A | 2,536.75 | 2,536.75 | 85.86 |
| GE Money Bank dba LOWES BRC | 7100-000 | N/A | 2,616.19 | 2,616.19 | 88.54 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 11,532.50 | 11,532.50 | 390.32 |
| Byron Bank | 7100-000 | N/A | 85,639.86 | 0.00 | 0.00 |
| Byron Bank | 7100-000 | N/A | 85,639.86 | 85,639.86 | 2,898.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 222,740.54 | 137,100.68 | 4,640.18 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71797  
**Case Name:** ZAHNISER, MICHAEL J  

**Period Ending:** 04/27/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/30/09 (f)  
**§341(a) Meeting Date:** 06/11/09  
**Claims Bar Date:** 11/30/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 803 Starview Ct., Rockford, | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2759 English Ln, Rockford, IL (Investment | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Act - National City | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc Furniture & Appliances | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2002 Ford F-350 - 148k miles | 13,145.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1999 Dodge Ram 120k miles (Bus Truck) | 2,850.00 | 0.00 | DA | 0.00 | FA |
| 8 | Avoidable transfer (u) | 0.00 | 7,000.00 | | 7,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.11 | Unknown |
| 9 | Assets  Totals (Excluding unknown values) | **$398,795.00** | **$7,000.00** | | **$7,001.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee compromised a claim with the Debtor regarding certain trailers that were, in all probability, owned by the Debtor but he claimed were owned by a corporation whose transfer to the corporation was at best, imperfect. In any event, the trustee settled that claim for $7,000.00. The final report is estimated to be filed on 1/8/2010.

**Initial Projected Date Of Final Report (TFR):**    January 8, 2010            **Current Projected Date Of Final Report (TFR):**    January 8, 2010

Printed: 04/27/2010 09:17 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-71797  
**Case Name:** ZAHNISER, MICHAEL J  

**Taxpayer ID #:** **-***4077  
**Period Ending:** 04/27/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****97-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/27/09 | {8} | Deborah Zahniser | avoidable transfer | 1241-000 | 7,000.00 | | 7,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,000.28 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,000.56 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,000.85 |
| 12/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.26 | | 7,001.11 |
| 12/29/09 | | To Account #********9766 | Prep. F. Rpt | 9999-000 | | 7,001.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,001.11 | 7,001.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,001.11 | |
| | | | **Subtotal** | | 7,001.11 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,001.11** | **$0.00** | |

{} Asset reference(s)

Printed: 04/27/2010 09:17 AM    V.12.08

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71797 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ZAHNISER, MICHAEL J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****97-66 - Checking Account |
| Taxpayer ID #: | **-***4077 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/27/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/09 | | From Account #********9765 | Prep. F. Rpt | 9999-000 | 7,001.11 | | 7,001.11 |
| 02/18/10 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $810.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 810.00 | 6,191.11 |
| 02/18/10 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,450.11, Trustee Compensation; Reference: | 2100-000 | | 1,450.11 | 4,741.00 |
| 02/18/10 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $100.82, Trustee Expenses; Reference: | 2200-000 | | 100.82 | 4,640.18 |
| 02/18/10 | 104 | ComEd Company | Dividend paid 3.38% on $259.86; Claim# 1; Filed: $259.86; Reference: | 7100-000 | | 8.79 | 4,631.39 |
| 02/18/10 | 105 | DISCOVER BANK | Dividend paid 3.38% on $9,890.02; Claim# 2; Filed: $9,890.02; Reference: | 7100-000 | | 334.73 | 4,296.66 |
| 02/18/10 | 106 | Commerce Bank | Dividend paid 3.38% on $12,977.59; Claim# 3; Filed: $12,977.59; Reference: | 7100-000 | | 439.23 | 3,857.43 |
| 02/18/10 | 107 | Theresa Campbell Law Offices | Dividend paid 3.38% on $812.14; Claim# 4; Filed: $812.14; Reference: | 7100-000 | | 27.49 | 3,829.94 |
| 02/18/10 | 108 | Chase Bank USA, N.A. | Dividend paid 3.38% on $10,835.77; Claim# 5; Filed: $10,835.77; Reference: | 7100-000 | | 366.74 | 3,463.20 |
| 02/18/10 | 109 | GE Money Bank dba LOWES CONSUMER | Dividend paid 3.38% on $2,536.75; Claim# 6; Filed: $2,536.75; Reference: | 7100-000 | | 85.86 | 3,377.34 |
| 02/18/10 | 110 | GE Money Bank dba LOWES BRC | Dividend paid 3.38% on $2,616.19; Claim# 7; Filed: $2,616.19; Reference: | 7100-000 | | 88.54 | 3,288.80 |
| 02/18/10 | 111 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 3.38% on $11,532.50; Claim# 8; Filed: $11,532.50; Reference: | 7100-000 | | 390.32 | 2,898.48 |
| 02/18/10 | 112 | Byron Bank | Dividend paid 3.38% on $85,639.86; Claim# 9 -2; Filed: $85,639.86; Reference: | 7100-000 | | 2,898.48 | 0.00 |

|  |  | ACCOUNT TOTALS | 7,001.11 | 7,001.11 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 7,001.11 | 0.00 | |
|  | **Subtotal** | | 0.00 | 7,001.11 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | | **$0.00** | **$7,001.11** | |

{} Asset reference(s)     Printed: 04/27/2010 09:17 AM     V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-71797 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | ZAHNISER, MICHAEL J | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******97-66 - Checking Account |
| **Taxpayer ID #:** | **-***4077 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 04/27/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts : 7,001.11

Net Estate : $7,001.11

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****97-65** | 7,001.11 | 0.00 | 0.00 |
| **Checking # ***-*****97-66** | 0.00 | 7,001.11 | 0.00 |
| **Checking # 9200-******97-66** | 0.00 | 0.00 | 0.00 |
| | $7,001.11 | $7,001.11 | $0.00 |